UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE ADELPHIA COMMUNICATIONS CORP.,
Et al.,
                        Debtors.
------------------------------------------------------------X
ADELPHIA RECOVERY TRUST,
                        Plaintiff,                  11 **Misc.** 0313 (RMB)

        -against-                            **JUDGMENT**

FPL GROUP, INC., et al.,
                        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/12

Defendants having moved for leave to appeal, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on September 18, 2012, having rendered its Opinion and Order denying Defendants' motion for leave to appeal, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2012, Defendants' motion for leave to appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York
          September 20, 2012

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                       **BY:**
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____